**DANIEL CARLOS GARCIA**
CDCR No. CB-0327
1920 Boston Way
Modesto, California 95355-8918
Tel: (442) 324-3740
Email: DanielCGarciaLegal@outlook.com

*Plaintiff pro se*

FILED
CLERK, U.S. DISTRICT COURT
02/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**(EASTERN DIVISION - RIVERSIDE)**

**DANIEL CARLOS GARCIA,**

Individually and on Behalf of All Others Similarly Situated,

*Plaintiff,*

vs.

**COUNTY OF RIVERSIDE; RIVERSIDE COUNTY BOARD OF SUPERVISORS; ET AL.**

*Defendants.*

Case No.: **5:25-cv-02270-SVW-AYP**

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff DANIEL CARLOS GARCIA, proceeding pro se, hereby notifies the Court and all parties that his mailing address and email address have changed. All future correspondence, filings, orders, and notices should be directed to Plaintiff at the following new address, effective immediately:

**Daniel Carlos Garcia**
**CDCR #CB-0327**
**1920 Boston Way**
**Modesto, California 95355-8918**
**Email: DanielCGarciaLegal@outlook.com**

Plaintiff respectfully requests that the Clerk of the Court update the Court's docket to reflect this new address, including the CDCR number, full street address, and correct zip code, to ensure that all future court mailings and notices are delivered without interruption.

February 27, 2026

Respectfully submitted,

By: *Daniel Garcia*

DANIEL CARLOS GARCIA
CDCR No. CB-0327
*Plaintiff pro se*

1920 Boston Way
Modesto, CA 95355-8918

**CERTIFICATE OF NON-SERVICE**

I reside and work in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action; my business address is 2601 Oakdale Road, Suite H-2, Modesto, CA 95355.

Pursuant to Federal Rule of Civil Procedure 5(a)(1)(B), no service on defendants is required at this time because defendants have not yet been served with the Complaint, and this case remains in the pre-service screening phase.

Executed on Saturday, February 28, 2026 at Modesto, California.

Tseme J. Garcia

Tseme J. Garcia