**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL CARLOS GARCIA,

Plaintiff,

vs.

COUNTY OF RIVERSIDE, *et al.*,

Defendants.

Case No. 5:25-cv-02270-SVW-AYP

**ORDER RE: CIVIL RIGHTS CASE**

This case has been referred to Magistrate Judge Anna Y. Park for pre-trial proceedings. All future pleadings shall be addressed to Marine Pogosyan, Clerk to Magistrate Judge Park, United States Courthouse, 255 E. Temple Street, Los Angeles, California 90012.

I. <u>Service of Summons and Complaint</u>.

Plaintiff shall promptly proceed with service of the summons and complaint on all named defendants. Service of the summons and complaint must comply with the provisions of Rule 4, Federal Rules of Civil Procedure. Plaintiff shall file one copy of the proof of service showing compliance with this order within 90 days from entry of this Order, i.e., **no**

**later than January 21, 2027.** Non-compliance with this paragraph may result in issuance of an order to show cause re dismissal for failure to prosecute.

II. Requirements for Submitting Pleadings to the Court.

Plaintiff is advised of the following requirements for the preparation and submission of all future documents in connection with this case:

1. All documents concerning this case are to be addressed and submitted to the Clerk for filing. Pursuant to Rule 83-2.11 of the local rules of this court, the parties and their attorneys may not communicate with the judge or his staff by letter. All inquiries, requests or other matters to be called to the judge's attention regarding this case should be submitted for filing as motions, applications, or other appropriate pleadings and a copy must be served on all other parties in the case.

2. At the top of the first page of any document submitted for filing, Plaintiff shall provide her name and mailing address. The address provided will be presumed correct and will be used by the court to communicate with Plaintiff. During the pendency of the action, Plaintiff must notify the court immediately of address changes and must provide the court with the new address and its effective date. Any failure by Plaintiff to comply with a court order where Plaintiff did not receive the order due to failure to inform the court of Plaintiff's current address may result in the action being dismissed for failure to prosecute. *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Rule 41-6.

3. Plaintiff shall submit one original and, if Plaintiff wishes to receive a conformed copy, one copy of each document submitted for filing. The Clerk will not make photocopies of documents.

4. Each document should have at least a one-inch margin at the top of each page so the document can be two-hole punched for binding in the court file. Documents should be typed or handwritten legibly and darkly enough so that they can be photocopied clearly.

5. Once a defendant has been served with process or has entered an appearance in the case, Rule 5 of the Federal Rules of Civil Procedure requires that Plaintiff must serve

each defendant's attorney, or defendant himself or herself if no attorney has appeared in the case for that defendant, with a copy of every pleading or other document submitted for consideration by the court. Strict compliance with that rule and with Local Rule 5-3.1 regarding proof of service is required. Plaintiff shall include with the original document to be filed with the Clerk a certificate stating the date that a correct copy of the document was mailed to a defendant or counsel and the address to which it was mailed. Any document received by the court that fails to include such a certificate of service will be disregarded.

**Any document submitted that does not comply with the foregoing may be returned to Plaintiff without filing, or stricken and denied consideration by the court**. Plaintiff is advised that compliance with each of these requirements, and with all other requirements of the local rules of this court, will avoid delays in the consideration of this case.

**IT IS SO ORDERED.**

DATED: October 23, 2026

HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE